STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8939
    Facsimile:  (415) 744-0134
    Email:  Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CLENDON ALVIN PEARSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:13-cv-06765-DMG-PLA<br><br>**ORDER FOR REMAND** |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of

/
/
/
/
/

1  Social Security for further proceedings consistent with the terms of the Stipulation to
2  Remand.

4  IT IS SO RECOMMENDED:

6  DATED: August 26, 2014

HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

10  IT IS SO ORDERED:

12  DATED: August 28, 2014

HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2