STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLENDON ALVIN PEARSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:13-cv-06765-DMG-PLA<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

/
/
/
/
/

above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

IT IS SO RECOMMENDED:

DATED: August 26, 2014

_____
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED:

DATED: <u>August 28, 2014</u>

_____
HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE