1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

10

11

12

13

14

15

16

17

| CLENDON ALVIN PEARSON, | ) | CASE NO. CV-13-06765-DMG-PLA |
|---|---|---|
| Plaintiff, | ) | ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COURT COSTS PURSUANT TO 28 U.S.C. § 1920 |
| v. | ) | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

18     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

19 IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to

20 Justice Act in the amount of THREE-THOUSAND SEVEN-HUNDRED

21 DOLLARS and NO CENTS ($3,700.00), as authorized by 28 U.S.C. § 2412(d),

22

23

24

25

26

27

28

1 | and Court costs in the amount of FOUR-HUNDRED DOLLARS and NO CENTS,

2 | pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

3 | RECOMMENDED BY:

4 |

5 | Dated: 11/3/14    _____

6 | Paul L. Abrams
UNITED STATES MAGISTRATE JUDGE

7 |

8 | IT IS SO ORDERED.

9 |

10 | Dated: 11/5/14    _____
Dolly M. Gee
UNITED STATES DISTRICT JUDGE

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2